**DR. HARSH SHARMA M.D.**
**M.B.B.S.**
Inmate/Alien # _____
**PRIVATE CITIZEN OF FLORIDA**
**SOVEREIGN**
(Enter full name of Petitioner, prison number of alien [A] number, if applicable, AND address of place of confinement.)

**HABEAS** UNDER THE US CONSTITUTION

6:13CV176-ORL18DAB

vs.

CASE NO:_____
(To be assigned by Clerk)

**UNCONSTITUTIONAL UNLAWFUL**
**U.S. CORPORATION** et al

JURISDICTION LIMITED TO SAMOA, GUAM,
JOHN STEELE, SHERRI CHAPPEL, PEURTO RICO, DC
DOUGLAS FRAZIER, AMBER BAGINSKI, VIRGIN ISLANDS
DOUGLAS MOLLOY, SIMON GAGUSH et al
(Enter name and title of each Respondent. If additional space is required, use the blank area below and directly to the right.)

- **NON-NEUTRAL, BIASED** OR **PREJUDICED** JUDGE IS UNLAWFUL & HAS **NO AUTHORITY**

ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM

- **DOJ** INCLUDES **DEA, AUSA, USMS, IRS** et al
- FEDERAL COURTS ARE **ARMS** OF **DOJ** AS THEY ARE **COMPLIANT** & **FRIENDLY** TO THE **DOJ/AUSA/DEA**
- UNCONSTITUTIONAL JUDGES HAVE **No AUTHORITY** NOR **ANY JURISDICTION** IF THEY VIOLATE THE US CONSTITUTION FROM WHICH THEY DERIVE POWER
- A JUDGE WHO **KNOWINGLY** VIOLATES **DUE PROCESS** (5th) OR OTHER CONSTITUTIONAL RESTRICTIONS HAS **NO IMMUNITY**, NOR **JURISDICTION** & BECOMES **FRAUD**
- JUDGE THAT ALLOWS **PERJURY** & **FABRICATION** BY DOJ TO CONVICT INNOCENTS IS UNLAWFUL & UNCONSTITUTIONAL
- JUDGE CAN ONLY FOLLOW THE LAW NOT MAKE ONE UP
- JUDGES CANNOT **LOOT** A **HINDU TEMPLE** UNDER **NO** PRETEXT

THIS HABEAS BY DR HARSH SHARMA MD, MS, AS IS UNDER THE US CONSTITUTION WHICH IS REDRESS OF GRIEVANCE & NOT UNDER THE RESTRICTED SENSE

HABEAS CORPUS

UNDER THE US CONSTITUTION

WHICH IS REDRESS OF GRIEVANCE

ANSWER ALL OF THE FOLLOWING:

1. This petition concerns (check where applicable):

   (a.) ☐ a conviction
   (b.) ☐ a sentence
   (c.) ☐ prison disciplinary action or other action resulting in lost gain time credits
   (d.) ☐ parole
   (e.) ☐ immigration removal
   (f.) ☐ other (explain)

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

   (a.) Name(s) and location(s) of court __FT MYERS__
   (b.) Case Number(s) __2:15-CR-0049-FtM 29SPC__
   (c.) Charge(s) for which you were convicted __UNCONSTITUTIONAL UNLAWFUL DENIAL OF BASIC DUE PROCESS__

   (d.) What was your plea? (Check one)
       (1) Not Guilty ☐
       (2) Guilty ☐  __COERCED INVOLUNTARY__
       (3) Nolo contendere ☐

   (e.) Did you appeal from the judgment of conviction? Yes ☒ No ☐
   (f.) Length of sentence __60 MONTHS__
   (g.) Place of current incarceration _____

3. If you did appeal, answer the following:

   (a.) Name of Court __11th__  Case # _____
   (b.) Result __FAILURE TO PROSECUTE__
   (c.) Date of opinion and mandate (citation, if known) _____

4. Claims that challenge your conviction or imposition of sentence can only be raised by petition under 28 U.S.C. § 2254 or motion under 28 U.S.C. § 2255, unless the § 2254 or § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

   (a.) Have you filed a motion or petition under either 28 U.S.C. §§ 2254 or 2255?

       Yes ☐  No ☐  __N/A__

       If yes, please provide the case #, where filed, relevant date(s), and the results.

       _____

   (b.) Explain why the remedy under §§ 2254 or 2255 was or is inadequate or ineffective.
       __N/A__

5. Are you currently represented by counsel in this case or in any other court case?

   Yes ☐  No ☒

   If yes, please explain _____

6. If this case concerns removal proceedings:

   (a.) Date of final order of removal __N/A__
   (b.) Did you file an appeal with the Board of Immigration Appeals?

       Yes ☐  No ☐

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if

1

UNC BLATANTLY VIOLATED 5th, 8th, 1, 4, 6 & others.
UNLAWFUL TITLE 21 IS CIVIL NOT CRIMINAL 21 USC 824(c)
DEA COMES UNDER FDA's JURISDICTION CSA ONLY IN POSSESSION &
TERRITORIES.

necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

① AMBER BAGINSKI RETIRED DR SHARMA's DEA LIC WITHOUT MANDATORY DUE PROCESS NOTICE 21 USC 824(c)

Ground one:

② JOHN STEELE, DOUGLAS FRAZIER, SHERRI CHAPPEL KNOWINGLY ISSUED WARRANT, CONVICTION, SENTENCING EVEN THOUGH BROUGHT TO THEIR ATTENTION BY DR SHARMA, RAY LOPEZ & F ZAREMBA

③ THE ABOVE BIASED NON NEUTRAL JUDGES VIOLATED 21 USC 824(c) & US CONSTITUTION

④ THE COURT HAS NO JURISDICTION, NO LAWFUL AUTHORITY

Supporting FACTS (state briefly without citing cases or law):

⑤ DOUGLAS MOLLOY (AKA) & SIMON GAGUSH (AKA) & AMBER BALINSKI PERJURED IN COURT & FABRICATED FALSE STORIES.

⑥ THE JUDGES HAVE REFUSED TO BRING THEM TO JUSTICE SO IN REAL ACTUALITY ARE PART OF THE COMMITTED FRAUD

⑦ THE ABOVE ACTORS HAVE REFUSED TO PROVIDE DR SHARMA MD WITH THE NOTICE, OTSC & HEARING COPY.

⑧ WITHOUT ANY JURISDICTION NOR AUTHORITY THE ACTORS HAVE CONVICTED SENTENCED & CONTINUE TO DO BODILY HARM TO DR SHARMA.

⑨ THEY HAVE MADE UP THEIR OWN LAWS & EXCEEDED LAWFUL AUTHORITY.

⑩ BY INTENTIONALLY DENYING DR SHARMA TREATMENT WHICH HE NEEDS THE ABOVE ACTORS HAVE DEMONSTRATED INHUMANE CHARACTER

Exhaustion:

⑪ JOHN STEELE HAS DENIED DR SHARMA MEDICALLY NECESSARY EYE SURGERY CAUSING HIM TO LOSE VISION

[1] - Have you presented ground one to the Bureau of Prisons or Department of Corrections, either through the prison system or other administration proceeding?

⑫ THE ABOVE ACTORS (CHRISTIANS) ALSO LOOTED THE HINDU TEMPLE UNDER VARIOUS PRETEXTS STARTING RELIGIOUS WAR.

☐ Yes  ☐ No

⑬ THE JUDGES 1st JOB IS TO EXPLAIN JURISDICTION BASED ON CONSTITUTION

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

⑭ WITHOUT DUE PROCESS NOTICE (5th) THERE IS NO JURISDICTION, NO LAWFUL AUTHORITY, NO STATUTORY AUTHORITY

⑮ BY KNOWINGLY DENYING DUE PROCESS IT IS OBVIOUS IT IS A SHAM.

⑯ THE ABOVE ACTORS CANNOT CLAIM IMMUNITY OR HIDE BEHIND THE VERY CONSTITUTION THEY HAVE VIOLATED.

⑰ DR SHARMA MD HAS BEEN AMBUSHED & PUNISHED BY TERRORISTS WHO HAVE NOT FOLLOWED RULES OF FAIR PLAY.

⑱ WHEN ONE CANNOT DISCERN BETWEEN EXECUTIVE & THE JUDICIARY AND THE COURTS BECOME A GAME THEN TYRANNY IS HERE

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?

⑲ THE ABOVE ACTORS HAVE TO EXPLAIN & UNDERSTAND THE MEANING OF THE GREAT US CONSTITUTION.

⑳ ANY LAW THAT NEEDS AN INTERPRETER BECOMES VOID AB INITIO.

㉑ DO UNTO OTHERS AS ONE[4] WOULD EXPECT FOR HIMSELF.

㉒ LIVING BEINGS ARE SOVEREIGN BUT STATES ARE NOT

㉓ DR SHARMA (MD) HAS CONFLICT OF INTREST WITH MD USDC



Date
1/23/2013    Court of US Corporation

Dr. HARSH SHARMA M.D.,M.B.,B.S.
(Petitioner /Private Citizen
of State of Florida )

vs                                        Case #

US Corporation
(Respondent / Jurisdiction limited to
Puerto Rico, District of Columbia, Guam,
Samoa & Virgin Islands)

8. WHEREFORE, base upon the grounds raised above, Petitioner prays that the court will grant the following relief:

ALLOW TRAVEL TO SANTIAGO FOR URGENT MEDICALLY NECESSARY AFFORDABLE TREATMENT & EYE SURGERIES
(ATTACHED) (1) HOSPITAL INFORMATION & DOCTOR LIST
(2) HOTEL TO STAY AT THAT COUNTRY
(3) TOTAL COST AT $500 COMPARED TO $12-15000 HERE IN FL

**DECLARATION**

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

HARSH SHARMA M.D.
2125 Raper Dairy Rd   Orlando, Fl 32822

Attached: AO240 Application to proceed IFP

Certificate of Service: Sent to all concerned parties AUSA, AG, COA, DOJ via prepaid US Postal Services today 1/23/2013

David G Lazarus Esq. 2110 First Street , Suite 3-137
Fort Myers, Florida 33901, david.lazarus2@usdoj.gov
Hon. Ray Lopez  Rclopez@verizon.net
Hon. Frank Zaremba Esq
Hon. Darlene Geiger Esq

CC:AUSA /USDC/COA/AG/DOJ/USMS/DEA/SENATE./Judiciary Cmte/Editors