



**About Us**
**Our Commitment**
**Management** ▶
**Services**
**Support** ▶
**Emergency**
**Intensive Care**
**Diagnostics**
**Medical Care**
**Operating Rooms**
**Accomodations**
**Pharmacy**
**See our video**
**Contact Us**



**CMB Specialists** • (click on any specialty below for CMB physicians)

Click below for complete CMB physicians list

**CMB Physicisns list**



**Ophthalmology Surgery**
DR. RAFAEL BARBOUR
DR. CARLOS JUAN BURROUGHS
DR. ARACELIS SANCHEZ
DR. GISEL MORALES

DESIGNED BY WWW.EWVIRTUALDESIGN.COM 2009                    ALL RIGHTS RESREVED. CENTRO MEDICO BOURNIGAL 2008

EXHIBIT (A)
HOSPITAL & EYE SURGEONS

ACCOMODATION



- 1

### Camino Del Sol - East Cabarete

→ $10
Per night
Entire home/apt —
*Sosua*
WISH LIST WISH LIST



- 2

### Camping Cabarete Dominican Republic

$15
Per night
Private room —
*Cabarete*
WISH LIST WISH LIST



- 3

### Cute Guest House in Tropical Garden

$15
Per night
Entire home/apt —
*Sosua*
WISH LIST WISH LIST